IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLIJOY CARTER, et al.,<br>    Plaintiffs,<br>  v.<br>COINBASE GLOBAL, INC., et al.,<br>    Defendants. | Case No. 24-cv-03350-MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

By order filed concurrently herewith, the following cases were consolidated for all purposes: (1) Aceves, et al. v. Coinbase Global, Inc., et al., Case No. 24-cv-02663-MMC; and (2) Carter, et al. v. Coinbase Global, Inc., et al., Case No. 24-cv-03350-MMC. All further filings in the consolidated proceeding shall be made in Case No. 24-cv-02663-MMC.

In light of the consolidation, Case No. 24-cv-03350-MMC is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of Case No. 24-cv-03350-MMC or of any claim made within it. Should further proceedings become necessary or desirable in Case No. 24-cv-03350-MMC, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: August 15, 2024

MAXINE M. CHESNEY
United States District Judge